**Fill in this information to identify the case:**

Debtor 1  Lisa Diane Gilbert

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern   District of  Texas
(State)

Case number  16-60773

---

Form 4100R
# Response to Notice of Final Cure Payment
10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 1662 ___ ___ ___

**Property address:** 3015 Brentwood Drive
Number    Street

_____

Tyler, TX 75701
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  11 / 01 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a)  $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
MM / DD / YYYY

---

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

Debtor 1 __Lisa Diane Gilbert__    Case number (*if known*) __16-60773__
First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __/s/ Kristin A. Zilberstein__    Date __01/07/2020__
Signature

Print    __Kristin A. Zilberstein__    Title __Authorized Agent for Secured Creditor__
First Name    Middle Name    Last Name

Company    __Ghidotti | Berger LLP__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    __1920 Old Tustin Ave.__
Number    Street

__Santa Ana__    __CA__    __92705__
City    State    ZIP Code

Contact phone (__949__) __427__ – __2010__    Email __kzilberstein@ghidottiberger.com__

# **CERTIFICATE OF SERVICE**

On January 7, 2020, I served the foregoing documents described as on the following Response to Notice of Final Cure Payment to individuals by electronic means through the Court's ECF program:

DEBTOR'S COUNSEL
Gordon Mosley
gmosley@suddenlinkmail.com

TRUSTEE
Lloyd Kraus
docs@ch13tyler.com

U.S. TRUSTEE
United States Trustee
USTPRegion06.TY.ECF@USDOJ.GOV

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Evan Tragarz
Evan Tragarz

On January 7, 2020, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| **Debtor**<br>Lisa Diane Gilbert<br>3015 Brentwood Drive<br>Tyler, TX 75701 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Evan Tragarz
Evan Tragarz